UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 17-20307-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

QUINCY BRYANT,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation on Appropriateness of Counsel's CJA Voucher for Attorney's Fees 13C 0427141 issued by Magistrate Judge Alicia M. Otazo-Reyes, on August 23, 2018 [ECF No 687]. The Report and Recommendation recommends to this Court, that counsel Jack R. Blumenfeld, Esquire be paid a total sum of **$67,914.59**.

Accordingly, the Court has considered the Report and Recommendation, and the pertinent parts of the record, counsel's waiver of objection [ECF No. 690] to the report and recommendation of Magistrate Judge Otazo-Reyes. Based on the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes' Report and Recommendation [ECF No. 687] is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27 day of August, 2018.

                                                            JOSE E. MARTINEZ
                                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
Jack R. Blumenfeld, Esq
CJA Administrator