UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 17-20307-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

QUINCY BRYANT,

    Defendant.
_____/

## ORDER ADOPTING SECOND OMNIBUS REPORT AND RECOMMENDATION RE: INVESTIGATIVE FEES

THIS CAUSE came before the Court upon the Second Omnibus Report and Recommendation Re: Investigative Fees submitted by Defendant Quincy Bryant's Investigator Doral Investigations Associates, Inc., pursuant to the Criminal Justice Act Voucher 113C. 0460050. The Report was issued by United States Magistrate Judge Alicia M. Otazo-Reyes on April 11, 2019, [ECF No. 1168]. The Magistrate Judge recommends that Doral Investigations Associates, Inc., Voucher be approved for a total amount of **$40,677.98**. The parties were afforded the opportunity to file objections to the Second Omnibus Report and Recommendation, however none were filed. The Court notes Counsel's Notice of Filing No Objection to Magistrate's Report and Recommendation [ECF No. 1184].

The Court has considered the Second Omnibus Report and Recommendation and the pertinent parts of the record and based on the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia Otazo-Reyes' Second Omnibus Report and Recommendation Re: Investigative Fees **[ECF No. 1168]** is hereby **ADOPTED and AFFIRMED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day of April, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
Omar F. Guerra Johansson, Esq
CJA Administrator